## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE Lois Bloom**  　　　　DATE : 12/1/11

**DOCKET NUMBER: 11-1098M**  　　　　LOG # : 234-236

**DEFENDANT'S NAME : Philip Tarbell**
　　　　✓ Present　　___ Not Present　　✓ Custody　　___ Bail

**DEFENSE COUNSEL : Michael Rhodes**
　　　　___ Federal Defender　　___ CJA　　✓ Retained

**A.U.S.A: Steven Tiscione**　　　　**DEPUTY CLERK : K. DiLorenzo**

**INTERPRETER :** 　　　　(Language)

___ Hearing held. ___ Hearing adjourned to ___

___ Defendant was released on ___ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by ___

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay entered.　Code Type___　Start 12/1/11　Stop 1/1/12

___ Order of Speedy Trial entered.　Code Type___　Start___　Stop___

___ Defendant's first appearance.　___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for ___ @ ___ before Judge ___

**OTHERS :**